# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:25-MJ-41 |
| v. | (Magistrate Judge Latella) |
| DANIEL REED, | |
| Defendant | |

## ORDER

**NOW**, this 24th day of July, 2025, having considered the arguments made at the July 17, 2025 detention hearing regarding Defendant's request to leave home detention for a period of several hours on July 26, 2025, and having conducted two telephonic conferences with counsel, **IT IS HEREBY ORDERED** that the request is **DENIED**.

**/s/ Leo A. Latella**
LEO A. LATELLA
United States Magistrate Judge