FILED
HARRISBURG, PA
AUG 06 2025
PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR-205 |
| v. | : | |
| DANIEL WILLIAM REED, | : | (Judge Neary) |
| Defendant. | : | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. §§ 2251(a), (e)
### (Attempted Production of Child Pornography)

Between in or around 2023 and on or about January 25, 2025, in Juniata County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DANIEL WILLIAM REED,**

attempted to employ, use, persuade, induce, entice, and coerce a person, who had not attained the age of 18 years, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using

materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
18 U.S.C. §§ 2251(a), (e)
(Production of Child Pornography)

Between in or around 2023 and on or about January 25, 2025, in Juniata County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DANIEL WILLIAM REED,**

knowingly employed, used, persuaded, induced, enticed, and coerced a person, who had not attained the age of 18 years, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, to wit, 5c3f282e44dd38f5.jpg, which depicted a minor female exiting a shower with exposed vagina, knowing and having reason to know that such visual depiction would be transported and transmitted

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

### COUNT 3
18 U.S.C. §§ 2522A(a)(5)(B), (b)(2)
(Possession of Child Pornography)

On or about January 17, 2025, in Juniata County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### DANIEL WILLIAM REED,

knowingly possessed material that contained an image of child pornography, as that term is defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and

affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253; Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

2. Pursuant to Title 18, United States Code, Section 2253; Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, the defendant,

### DANIEL WILLIAM REED,

shall forfeit to the United States of America:

> Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book,

    magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

  a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and,

  b. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

  All pursuant to Title 18, United States Code, Section 2253(b).

A TRUE BILL:

████████████

FOREPERSON

JOHN C. GURGANUS
Acting United States Attorney

*(signature)*

K. WESLEY MISHOE
Assistant United States Attorney

8/6/25
Date